# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:15-cv-07387-JFW-MRWx                     Date April 13, 2016

Title: Hand and Nail Harmony, Inc. et al. -v- Beverly Beaute, et al.

Present: The Honorable John F. Walter

| S. Reilly | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

Not Present                                      Not Present

Proceedings:    ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other  Based on docket entry 36, this case may now be closed. Make JS-6

☐ Entered _____.

Initials of Preparer    sr